**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1956**

_____

MICHAEL QUIST,

Plaintiff - Appellant,

v.

NATIONAL ALLIANCE FOR PUBLIC SAFETY FOUNDATION,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-00487-CMH-IDD)

_____

Submitted:  December 19, 2023                      Decided:  December 21, 2023

_____

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael Quist, Appellant Pro Se.  Alexander Phillip Faig, MOORE, CHRISTOFF & SIDDIQUI, PLLC, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Quist seeks to appeal the district court's order dismissing his complaint for failure to state a claim, denying his motion for sanctions under Fed. R. Civ. P. 11(b), and denying his remaining motions as moot. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Quist seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Quist's motion to amend the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2